IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLY EUGENE LIVELY                                               PLAINTIFF
#121494

v.                         No. 3:24-cv-200-DPM

KEVIN MOLDER, Sheriff,
Poinsett County Detention Center
and SUSAN DUFFELL, Nurse,
Poinsett County Detention Center                                 DEFENDANTS

ORDER

Lively hasn't filed an amended complaint as directed; and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 January 2025