IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLY EUGENE LIVELY                                                       PLAINTIFF
#121494

v.                             No. 3:24-cv-200-DPM

KEVIN MOLDER, Sheriff,
Poinsett County Detention Center
and SUSAN DUFFELL, Nurse,
Poinsett County Detention Center                                         DEFENDANTS

JUDGMENT

Lively's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2025